UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| HOLLY HILL, for herself and on behalf of those similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>BGC 135 9th STREET, INC., d/b/a Rick's Cabaret; and RCI HOSPITALITY HOLDINGS, INC., formerly known as Rick's Cabaret International, Inc., d/b/a Rick's Cabaret,<br><br>*Defendants.* | Case No. 2:22-CV-01143-MJH<br><br><br>Judge Marilyn J. Horan |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, the Parties in this action, by and through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice.

Respectfully submitted this 13th day of December, 2023.

*/s/ Angeli Murthy*
Angeli Murthy, Esquire
PA Bar No.: 93699
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: 954-318-0268
Facsimile: 954-327-3016
E-mail: amurthy@forthepeople.com
*Trial Counsel for Plaintiff*

*/s/ Benjamin W. Allen*
Benjamin W. Allen, Esquire
*Admitted Pro Hac Vice*
440 Louisiana Street, Suite 590
Houston, TX 77002
Telephone: 713-227-1744
E-mail: ballen@wallaceallen.com

Chelsea R. Heinz, Esq.
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center
603 Stanwix St., 6th Floor
Pittsburgh, PA 15222
Telephone: 412-253-8805
E-mail: cheinz@babstcalland.com

*Trial Counsel for Defendants*

It is so ordered this 13th day of December.

_____
Marilyn J. Horan
United States District Court Judge